IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 4:08-cv-1797-TLW-TER |
| | ) | |
| vs. | ) | |
| | ) | |
| James F. Sheedy, Jr. and | ) | |
| Jimmagan's, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

# ORDER

This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that the Answer of Defendant Jimmagan's, Inc., be stricken and that an Entry of Default be made as to Defendant Jimmagan's, Inc. only for its failure to obtain counsel as directed by the Court. (Doc. # 39). Additionally, the Magistrate Judge recommends that the plaintiff's motion for default judgment, (Doc. # 38), be denied as improper as to the defendant James F. Sheedy, Jr. and as premature as to the defendant Jimmagan's, Inc. (Doc. # 38). Objections were due by June 1, 2010. No objections were filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required

to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 39).

**IT IS SO ORDERED**.

_____s/Terry L. Wooten_____<br>United States District Judge

September 16, 2010
Florence, South Carolina