IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Joe Hand Promotions, Inc, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 4:08-1797-TLW-TER |
| | ) | |
| | ) | |
| James F. Sheedy, Jr. and Jimmagan's, Inc., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER

Joe Hand Promotions, ("plaintiff"), brought this civil action on May 5, 2010. (Doc. # 1). This matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's motion for summary judgment be granted. (Doc. # 67). No objections have been filed.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED.** (Doc. # 67). Therefore, Plaintiff's motion for summary

judgment is **GRANTED**. (Doc. # 61). The magistrate judge instructed Plaintiff to elect between the award of either (1) statutory and enhanced damages in the amount of $15,000 and attorney's fees in the amount of $10,000, for a total award of $25,000 on its claims under 47 U.S.C. § 605 and 47 U.S.C. § 553, or (2) actual damages in the amount of $975 on its conversion claim. Plaintiff elected to recover on its statutory claims. (Doc. # 74). Accordingly, Plaintiff is awarded $25,000 on its statutory claims.

    **IT IS SO ORDERED**

                                                             ____s/Terry L. Wooten____
                                                      United States District Judge

September 13, 2011
Florence, South Carolina